MEMO ENDORSED

# CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

November 13, 2019

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Nestor Ajenes Martinez-Palma</u>
19 Cr. 772 (KMK)

Dear Judge Karas:

I am the attorney for Nestor Ajenes Martinez-Palma, a defendant in the above-referenced matter, appointed pursuant to the Criminal Justice Act. I write requesting that the Court appoint my associate, Rebecca Brown, to be compensated *nunc pro tunc* for work as early as September 16, 2019, and to continue to assisting me in this case, including reviewing the discovery that the Government has produced, engaging in legal research and drafting motions, if necessary, along with meeting with the defendant.

I am seeking authorization for Ms. Brown to work up to 50 hours on this matter. At the conclusion of this case, she will submit a voucher subject to Court approval. I am asking that Ms. Brown be approved at a rate of $110/hour, which is a rate typical for associates with her level of experience.

If the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter.

Thank you for your consideration in this matter.

Respectfully submitted,

Kerry A. Lawrence

Granted.
So Ordered.
11/14/19

/kvm