MEMO ENDORSED

# CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

February 6, 2020

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Nestor Ajenes Martinez-Palma**
**19 Cr. 772 (KMK)**

Dear Judge Karas:

I am writing with the consent of the Government to request that the pretrial conference presently scheduled for February 13, 2020 be adjourned to March 12, 2020.

The defendant and counsel are still reviewing discovery in this case and the parties are also engaged in plea discussions. The period between February 13 and the requested new conference date will be used to hopefully reach a resolution of this case.

The defendant agrees to an exclusion of time pursuant to the Speedy Trial Act up through March 12, 2020 or whatever date is set for a conference.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

KAL/kvm

cc: AUSA Matthew Andrews

*Handwritten endorsement:* Granted. The conference will be 3/12/20, at 3:00. Time is excluded until then, in the interests of justice. See 18 U.S.C. § 3161(h)(7). So Ordered. 2/6/20