CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

May 11, 2020

MEMO ENDORSED

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Re:  **United States v. Nestor Ajenes Martinez-Palma**
>      **19 Cr. 772 (KMK)**

Dear Judge Karas:

I am writing with the consent of the Government to request that the pretrial conference presently scheduled for May 19, 2020 be adjourned to for sixty days to a date in July other than July 21-24.

The defendant and counsel are still reviewing discovery in this case and the parties are also engaged in plea discussions. This has all become more complicatied as a reslt of the Covid 19 pandemic. The period between May 19 and the requested new conference date will be used to hopefully reach a resolution of this case.

The defendant agrees to an exclusion of time pursuant to the Speedy Trial Act up through July 20, 2020 or whatever date is set for a conference.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry Lee

Kerry A. Lawrence

The 5/19/20 conference is adjourned until 6/18/20 at 10:30 am. Time is excluded until then, in the interests of justice, to allow counsel to review discovery and for the Parties to attempt to resolve this case. See 18 U.S.C. Section 3161(h)(7)(A).

cc:   AUSA Matthew Andrews

5/13/20

So Ordered.