**MEMO ENDORSED**

# CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

June 5, 2020

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   **United States v. Nestor Ajenes Martinez-Palma**
      **19 Cr. 772 (KMK)**

Dear Judge Karas:

I am writing with the consent of the Government to request that the pretrial conference presently scheduled for June 18, 2020 be adjourned to any date after September 7, 2020.

The defendant and counsel are still reviewing discovery in this case and the parties are also engaged in plea discussions. This has all become more complicated as a result of the Covid-19 pandemic. The period between June 18 and the requested new conference date will be used to hopefully reach a resolution of this case.

The defendant agrees to an exclusion of time pursuant to the Speedy Trial Act up through the requested new date.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*Kerry A. Lawrence*
Kerry A. Lawrence

cc:   AUSA Matthew Andrews

*Granted. The conference will be held on 9/16/20 at 11:30 AM. Time is excluded until 9/16/20 pursuant to 18 USC 3161(h)(7)(A)*

**SO ORDERED**
*KMK*