**MEMO ENDORSED**

# CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
#### 81 MAIN STREET
#### SUITE 504
#### WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

September 3, 2020

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Nestor Ajenes Martinez-Palma</u>
19 Cr. 772 (KMK)

Dear Judge Karas:

I am writing with the consent of the Government to request that the pretrial conference presently scheduled for September 16, 2020 be adjourned to any date in mid-to-late October, not including October 21 to October 25, 2020.

The defendant and counsel are still reviewing discovery in this case and the parties are also engaged in plea discussions. This has all become more complicated as a result of the Covid-19 pandemic. The period between September 16 and the requested new conference date will be used to hopefully reach a resolution of this case.

The defendant agrees to an exclusion of time pursuant to the Speedy Trial Act up through the requested new date.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

Kerry A. Lawrence

cc: AUSA Matthew Andrews

*Handwritten endorsement:* Granted. The Court will hold a teleconference on October 5, 2020 at 3:00 p.m. Time is excluded until 10/5/2020 pursuant to 18 USC 3161(h)(7)(A)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
9/7/2020