**MEMO ENDORSED**

# CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

October 6, 2020

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Nestor Ajenes Martinez-Palma
19 Cr. 772 (KMK)

Dear Judge Karas:

I am writing, with the Government's consent, to request that the conference that had been scheduled for yesterday, October 5, 2020, be adjourned to a date on or after October 26, 2020.

The parties are trying to schedule a safety valve proffer meeting for the week of October 19 and it is anticipated that on or before October 26 we may reach a resolution of this case.

The defendant agrees that the time between today's date and the next scheduled conference, not to exceed 30 days, should be excluded under the Speedy Trial Act.

Respectfully submitted,

Kerry A. Lawrence

Kerry A. Lawrence

Granted. The conference is moved to 11/5/20 at 3 pm. The time from now to 11/5/20 is excluded, in the interests of justice, to allow time for the Parties to have a safety valve proffer. The interests of justice from this exclusion outweighs the public's and Defendant's interest in speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

10/7/20

cc: AUSA Matthew Andrews (via ecf)