**MEMO ENDORSED**

CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900
FAX (914) 946-5906

November 24, 2020

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Nestor Ajenes Martinez-Palma**
19 Cr. 772 (KMK)

Dear Judge Karas:

I am writing, with the Government's consent, to request that the conference scheduled for November 30, 2020, be adjourned to a date on or after December 15, 2020, for a plea proceeding.

The parties have had a safety valve proffer meeting and are engaged in ongoing plea discussions. It is expected that a plea can be scheduled on or after December 15.

The defendant agrees that the time between November 30 and the next scheduled conference, not to exceed 30 days, should be excluded under the Speedy Trial Act.

Respectfully submitted,

*Kerry A. Lawrence*

Kerry A. Lawrence

KAL/kvm

cc: AUSA Matthew Andrews (via ecf)

Granted. The conference is moved to December 16, 2020 at 3:00. Time is excluded until then, in the interests of justice, to allow the Parties to complete their discussions toward a disposition. The interests of justice from this exclusion outweigh Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
11/25/20