**MEMO ENDORSED**

CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

December 8, 2020

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Nestor Ajenes Martinez-Palma
      19 Cr. 772 (KMK)

Dear Judge Karas:

I am writing to ask that the court appearance presently scheduled for December 16, 2020, be adjourned to a date near the end of January.

Although the parties have reached an agreement on a resolution of the case, and I have met with the defendant to discuss it with him, he has asked me to have the written plea agreement translated into Spanish for him. I am in the process of doing so. Additionally, the defendant would prefer to enter his plea in person. As a result of the Court's closure, I'm asking that the matter be scheduled to a date near the end of January in anticipation that the courthouse will be back open.

The defendant consents to an exclusion of time under the Speedy Trial Act time up through and including the next scheduled court date in January. Thank you very much for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

KAL/kvm

cc:   AUSA Matthew Andrews (by ecf)

Granted. The next conference will be on 1/28/21 at 12 pm. Time is excluded until then, in the interests of justice, to allow time to discuss the plea agreement with counsel, which outweigh Defendant's and the public's interst in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.   12/9/20