# MEMO ENDORSED

## CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

January 29, 2021

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Nestor Ajenes Martinez-Palma**
**19 Cr. 772 (KMK)**

Dear Judge Karas:

I am writing, with the consent of the Government, to request that Mr. Martinez-Palma's case be scheduled for an in-person plea allocution on or after March 29, 2021, excluding April 12-16.

The defendant agrees that the time up through the date of the rescheduled plea allocution is properly excluded under the Speedy Trial Act to permit the parties to continue plea discussions and enable the defendant to appear in person for a plea.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

KAL/kvm

cc: AUSA Matthew Andrews (by ecf)

Granted. The next conference will be 4/20/21 at 2 pm. Time is excluded until then, in the interests of justice, to allow the parties to appear in person, which is not practical now given the high number of COVID-19 cases. The interests of justice from this exclusion outweigh Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

2/2/21